■ LIBERTY MUTUAL INSURANCE COMPANY et al., Appellants, et al., Plaintiffs, v OLD REPUBLIC COMMERCIAL GENERAL INSURANCE COMPANY et al., Respondents. (Appeal No. 1.) [803 NYS2d 503]—Appeal from a judgment (denominated order) of the Supreme Court, Erie County (Eugene M. Fahey, J.), entered January 7, 2005. The judgment, inter alia, granted defendants' cross motion for summary judgment, in a declaratory judgment action.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985 [1990]). Present—Green, J.P., Hurlbutt, Scudder, Gorski and Lawton, JJ.